

# Form C1 - Charge Created by a Company Incorporated in the State

| Companies Act 2014<br>Particulars of a Charge created by a company incorporated in the State Section: 409(3) | **Submission Reference Number** |
| --- | --- |
| | SR1383137 |

## Company Details

| **Company Number** | 537185 |
| --- | --- |
| **Company Name** | SEDICII INNOVATIONS LIMITED |
| **Principal Place of Business in the State** | ARCLABS RESEARCH AND INNOVATION CENTRE<br>W.I.T. WEST CAMPUS<br>CARRIGANORE<br>WATERFORD<br>WATERFORD<br>Ireland<br>X91P20H |

## Charge Details

| **Has your Charge been created within the last 21 days?** | Yes |
| --- | --- |
| **Charge Created Date** | 30/09/2022 |
| **Charge Description** | As security for both the €50,000 Facility and a separate loan of €600,000 provided by the Lender on 30 March, 2022, the Borrower shall execute a charge (the "Charge") over Nillion cryptocurrency tokens it beneficially owns, any and all rights in any part of the world pertaining to discoveries, trade secrets, confidential business information, financial, marketing or business data, concepts, ideas and improvements to existing technology (whether or not written down or otherwise converted to tangible form), trade names, trade marks, logos, service marks, patents, patent applications, patent disclosures, designs, algorithms, database rights, goodwill, copyright(s), moral rights, know-how, reputation, get-up, computer programs and analogous property, plans, models, and all other rights in any domain names, literary, dramatic works and all other forms of industrial or intellectual property (whether or not registered or registerable and to the fullest extent and for the full period thereof) |
| which excludes a mortgage or charge (oral or written) over any interest described in Section 408(1)(a) to (e) of the Companies Act 2014 | |

| Short Particulars Details | |
|---|---|
| **Short Particular Description** | The charge shall cover any and all rights in any part of the world pertaining to Nillion cryptocurrency tokens and/or discoveries, trade secrets, confidential business information, financial, marketing or business data, concepts, ideas and improvements to existing technology (whether or not written down or otherwise converted to tangible form), trade names, trade marks, logos, service marks, patents, patent applications, patent disclosures, designs, algorithms, database rights, goodwill, copyright(s), moral rights, know-how, reputation, get-up, computer programs and analogous property, plans, models, and all other rights in any domain names, literary, works and all other forms of industrial or intellectual property (whether or not registered or registerable and to the fullest extent thereof and for the full period thereof and all extensions and renewals thereof). |

| Person Entitled Details | |
|---|---|
| **Person Entitled : 1** | |
| Charge Party Name | Robert Henry Leslie |
| Address | 4 Ballinakill Vale, Dunmore Road, Waterford ,Ireland X91 FKK1 |

| Verification Details | |
|---|---|
| **Signature : 1** | |
| Signature Method | Sign this form with a certificate issued by Revenue online Services (ROS) |
| Signature Type | Authorised Signatory (Lender) |
| Person Name | Robert Leslie |
| **Signature : 2** | |
| Signature Method | Sign this form with a certificate issued by Revenue online Services (ROS) |
| Signature Type | Director |
| Person Name | PATRICK CURRY |

| Presenter Details | |
|---|---|
| **Presenter Name** | ▮▮▮▮▮▮▮▮▮▮ (Robert Henry Leslie) |
| **Presenter Address** | |



| | |
|---|---|
| **Submission Number:** | SR1383137 |
| **Submission Type:** | Form C1 - Charge Created by a Company Incorporated in the State |

**Company Number:** 537185
**Company Name:** SEDICII INNOVATIONS LIMITED

## Signature Information

This submission was digitally signed using a Revenue Online Service (ROS) certificate on the 19/10/2022 by Robert Leslie

This submission was digitally signed using a Revenue Online Service (ROS) certificate on the 19/10/2022 by PATRICK CURRY



## Legal References:

**Collective Citations**

Companies Act 2014