

Eric J. Boden
Direct Dial: 973-403-3101
Direct Fax: 973-618-5921
E-mail: eboden@bracheichler.com

September 5, 2023

**VIA ELECTRONIC FILING**

Hon. Paul A. Engelmayer, U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      **Re:**   *IP Investors Group LLC v. Sedicii Innovations Limited, et al.*
             Case No. 23-cv-1094
             **Motion to Dismiss- Request for Oral Argument**

Dear Judge Engelmayer:

    This firm represents Defendants Sedicii Innovations Limited and Robert Leslie (personally and as Trustee of the Employee Share Participation Program) ("Defendants"), in connection with the above-referenced matter.

    In accordance with Your Honor's Individual Rules and Practices in Civil Cases, this letter shall serve as a request for oral argument in connection with Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (ECF #26).

    Thank you for Your Honor's attention to this matter.

                                        Respectfully submitted,

                                        Eric J. Boden

EB:jl
cc: All Counsel of Record (via ECF)

5 Penn Plaza, 23rd Floor
New York, New York 10001
212.896.3974

101 Eisenhower Parkway
Roseland, New Jersey 07068
973.228.5700

515 N. Flagler Drive
Suite P-300
West Palm Beach, Florida 33401
561.899.0177

www.bracheichler.com

BE:13411168.1