**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
IP INVESTORS GROUP LLC,

                Plaintiff,

-against-                                  23 **CIVIL** 1094 (PAE)

**JUDGMENT**

SEDICII INNOVATIONS LIMITED, ET AL.,

                Defendant.
----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 22, 2024, having so found, the Court, consistent with this request and governing legal authority, dismisses the action for lack of Article III standing, without prejudice to filing an amended complaint or new lawsuit. See Carter v. HealthPort Techs., LLC, 822 F.3d 47, 54 (2d Cir. 2016) ("[W]here a complaint is dismissed for lack of Article III standing, the dismissal must be without prejudice[.]"). A new such pleading may attempt to fortify the claim of organizational standing, or, as the FAC envisioned, bring claims on behalf of IP Investors' members. In the event an amended complaint is filed, the Court's intention would be to put in place an expedited schedule for briefing any motion to dismiss.

**Dated:**  New York, New York

      February 23, 2024                                 **RUBY J. KRAJICK**
                                                          Clerk of Court

                                       **BY:**

                                                               **Deputy Clerk**