## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
MURAD MICHAEL KHAN, KYLE ARMOUR,
UNWORQ LLC, JONATHAN KUO, HAPPY WALTERS,
DAVID MALKA, and JAKE UDELL,

                          Plaintiffs,                          23 **CIVIL** 1094 (PAE)

       -against-                                          **JUDGMENT**

SEDICII INNOVATIONS LIMITED and
ROBERT LESLIE, individually and in his official capacity
as Trustee of the Employee Share Participation Program,

                          Defendants.
------------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 28, 2025, the Court dismisses, without prejudice, the SAC, both for lack of personal jurisdiction and on the ground of forum non conveniens. In light of this dismissal, the Court has not reached defendants' motions to dismiss based on Rule 12(b)(6); accordingly, the case is closed.

**Dated:**  New York, New York

       July 28, 2025

                                                            **TAMMI M. HELLWIG**
                                                             **Clerk of Court**

                                 **BY:**

                                                             **Deputy Clerk**